UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00381-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Subst Atty – ECF No. 39) |
| DUSTIN PELLICAN, | |
| Defendant. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 39). Erick M. Ferran of Hitzke & Associates seeks leave to be substituted in the place of Sunethra Muralidhara of the Federal Public Defender's Office for defendant Dustin Pellican. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

On August 9, 2018 the district judge approved the parties' stipulation to continue the revocation hearing from August 14, 2018 to September 21, 2108.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 39) is **GRANTED**.

/ / /

/ / /

/ / /

1

2. Erick M. Ferran of Hitzke & Associates is substituted in the place of Sunethra Muralidhara of the Federal Public Defender's Office for defendant Dustin Pellican, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 10th day of August, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE